IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY LLC, a Michigan company, | ) ) ) |
| Plaintiff, | ) C.A. No. 2:21-cv-00197-JRG |
| v. | ) ) **JURY TRIAL DEMANDED** |
| THE HILLMAN GROUP, INC., a Delaware company. | ) ) ) |
| Defendant. | ) |

**JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE ON HY-KO MOTION TO COMPEL (DKT 106)**

On March 18, 2022, plaintiff and counterclaim defendant Hy-Ko Products Co., LLC (Hy-Ko) filed with the Court a Motion to Compel Pursuant to Discovery Order ¶6, Dkt 106, ("the Motion"). The Motion asks the Court to order defendant and counterclaimant The Hillman Group, Inc. ("Hillman") to produce a document that it "clawed back" on the basis of privilege.

The Discovery Order (Dkt. 36) requires that Hillman respond within the time period provided by Local Rule CV-7. The Discovery Order, however, requires Hillman to file with the Court within 30 days of the filing of the motion to compel any proof in the form of declarations or affidavits to support its assertions of privilege, along with the documents over which privilege is asserted for in camera inspection.

To facilitate the Court ruling expeditiously on this matter and to conserve judicial resources, the parties have agreed that Hillman will submit its response and any papers supporting its privilege claim, along with the documents over which privilege is asserted for *in camera* review no later than March 29, 2022. After Hillman's submission, there will be no further briefing.

- 2 -

For these reasons, the parties respectfully request the Court to grant this joint motion to expedite the briefing schedule as described above.

Dated:   March 23, 2022                                    Respectfully submitted,

By: */s/ Steven M. Auvil*
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

Steven M. Auvil
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
steven.auvil@squirepb.com
*Attorneys for Plaintiff and Counterclaim Defendant HY-KO PRODUCTS COMPANY LLC.*

*By: /s/ Samuel F. Baxter*

Samuel F. Baxter
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

John C. Briody
jbriody@mckoolsmith.com
Radu A. Lelutiu
rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
Chris McNett
cmcnett@mckoolsmith.com
Michael E. Catapano
mcatapano@mckoolsmith.com
Mariel Talmage
mtalmage@mckoolsmith.com
MCKOOL SMITH P.C.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001
(212) 402-9400
Fax: (212) 402-9444

*Attorneys for Defendant and Counterclaimant*
*THE HILLMAN GROUP*

## CERTIFICATE OF CONFERENCE

Counsel for the parties certify that prior to filing this Motion they complied with the meet and confer requirements of Local Rule CV-7(h); and (2).

*/s/ Steven M. Auvil*

010-9347-1539/1/AMERICAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on March 23, 2022 using the Court's CM/ECF System. Service will be made upon the parties through the CM/ECF System.

By: */s/ Steven M. Auvil*