IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY LLC § | |
| § | |
| v. § | Case No. 2:21-cv-00197-JRG |
| § | |
| THE HILLMAN GROUP, INC. § | |

## ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

So ORDERED and SIGNED this 8th day of June, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE