IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE HILLMAN GROUP, INC. § <br> § <br> Defendant. § | Case No. 2:21-CV-00197-JRG <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION REGARDING STIPULATION OF DISMISSAL OF '432 PATENT AND INEQUITABLE CONDUCT COUNTERCLAIM AND DEFENSE**

Plaintiff and counterclaimant Hy-Ko Products Company LLC ("Hy-Ko") and defendant and counterclaimant The Hillman Group, Inc. ("Hy-Ko") respectfully submit this joint motion requesting that the Court adopt and enter the following stipulation regarding U.S. Patent 9,682,432 ("the '432 Patent").

WHEREAS, Hy-Ko has asserted that Hillman infringes the '432 Patent as Count II of Hy-Ko's Amended Complaint (Dkt. 14);

WHEREAS, Hillman has asserted (a) counterclaims for declaratory judgment that Hillman does not infringe the '432 Patent and other patents-in-suit, (b) that the '432 Patent and other patents-in-suit are invalid and/or unenforceable), and (c) that Hy-Ko breached a 2012 settlement agreement with Hillman for filing suit on the '432 Patent and the other patents-in-suit (Dkt. 89).

WHEREAS, Hillman has asserted in its Third Counterclaim that the patents-in-suit are unenforceable for, *inter alia,* inequitable conduct before the United States Patent and Trademark Office ("USPTO").

1

NOW, THEREFORE, in consideration thereof and of the mutual agreements, and for other good and valuable consideration, the parties hereby stipulate and agree as follows:

1. Count II of Hy-Ko's Amended Complaint (Dkt 14), alleging infringement of the '432 Patent, is dismissed with prejudice.

2. The portion of Hillman's First, Second and Third Counterclaims solely related to infringement, validity or unenforceability of the '432 Patent is dismissed without prejudice.

3. The portion of Hillman's Third Counterclaim solely related to inequitable conduct regarding the patents-in-suit is dismissed without prejudice.

4. Hillman withdraws its defenses related solely to the '432 Patent, its inequitable conduct defense and dismisses without prejudice those aspects of its breach of contract counterclaim that relate solely to the '432 Patent. For clarity, Hillman will continue to assert its breach of contract counterclaim based on Hy-Ko's initiation of this lawsuit and Hy-Ko's assertions on the remaining patents-in-suit. Also for clarity, Hillman reserves the right to file a claim for breach of the 2012 Settlement regarding the '432 Patent only in the event Hy-Ko attempts to file a new lawsuit on the '432 patent (or any other patent-in-suit) as well as any rights to claim the '432 Patent is invalid, non-infringed, unenforceable.

Dated:  September 19, 2022

By: /s/ David S. Elkins
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

Steven M. Auvil
Ohio Bar No. 0063827
Bryan J. Jaketic
Ohio Bar No 78429 (*pro hac vice*)
Eleanor M. Hagan
Ohio Bar No. 91852 (*pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
steven.auvil@squirepb.com
bryan.jaketic@squirepb.com
eleanor.hagan@squirepb.com

David S. Elkins
Cal. Bar No. 148077 (*pro hac vice*)
Joseph A. Meckes
Cal. Bar No. 190279 (*pro hac vice)*
SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, California 94304
Telephone: (650) 843-3378
David.Elkins@squirepb.com

Timothy J. O'Hearn
Ohio Bar No. 0025225 (*pro hac vice*)
2555 Coventry Rd.
Shaker Heights, Ohio 44120
Telephone: (216) 272-3152
timothyjohearn@gmail.com

**ATTORNEYS FOR PLAINTIFF
HY-KO PRODUCTS COMPANY LLC.**

Respectfully submitted,

**MCKOOL SMITH, P.C.**

By: /*s/ Samuel Baxter*
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile: (903) 923-9099

John Briody
jbriody@mckoolsmith.com
Radu Lelutiu
rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
Chris McNett
cmcnett@mckoolsmith.com
MCKOOL SMITH, P.C.
395 9th Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 402-9400

**ATTORNEYS FOR DEFENDANT THE
HILLMAN GROUP, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on September 19, 2022.

                                             /s/ *Kevin Schubert*
                                             Kevin Schubert