UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Hy-Ko Products Company LLC, <br><br> Plaintiff, <br><br> v. <br><br> The Hillman Group, Inc., <br><br> Defendant. | Case No. 2:21-cv-00197-JRG <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT'S NOTICE OF PARTICIPATION IN MOCK JURY STUDIES**

Defendant The Hillman Group, Inc. hereby gives notice pursuant to the Court's Standing Order Regarding Mock Juries for Cases Assigned to Judge Rodney Gilstrap and Judge Roy S. Payne that on April 23, 2022, and August 20-21, 2022, Hillman conducted mock jury exercises in Harrison County. Hillman has retained the name and address of each participant in the studies. Upon receipt of the jury list, Hillman will immediately cross-reference the jury list with the identities of the participants and advise the court and opposing counsel of any prospective juror who participated in any study. Before jury selection, Hillman will provide the names and addresses of all participants in the study to the court in camera

Dated:  September 25, 2022

Respectfully submitted,

*/s/ Sam Baxter*
Samuel F. Baxter
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

John C. Briody
jbriody@mckoolsmith.com
Radu A. Lelutiu
rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
MCKOOL SMITH P.C.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001
(212) 402-9400
Fax: (212) 402-9444

***ATTORNEYS FOR DEFENDANT THE HILLMAN GROUP, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 25, 2022, to counsel of record via the Court's ECF System.

*/s/ Jennifer Truelove*
Jennifer Truelove