## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **HY-KO PRODUCTS COMPANY LLC** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NOS.  2:21-CV-00197-JRG** |
| | § | |
| **THE HILLMAN GROUP INC.** | § | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 3, 2022

**OPEN:  09:23 AM**                                        **ADJOURN:    06:23 PM**

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEYS FOR DEFENDANT:            See attached

LAW CLERKS:                                         Harris Huguenard
                                                            Patrick Clark
                                                            Katie Albanese

COURT REPORTER:                              Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                         Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:23 AM | Court opened.  Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:35 AM | Court asked for announcements from the parties. |
| 09:37 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:48 AM | Prospective Jurors began introduction of themselves. |
| 10:14 AM | Court provided additional instructions to Jury Pool. |
| 10:18 AM | *Voir dire* on behalf of Plaintiff by Ms. DeRieux. |
| 10:45 AM | Court paused proceedings for restroom break for three jurors. |
| 10:49 AM | Court continued with *voir dire* proceedings. |
| 10:49 AM | Continuation of *voir dire* examination by Ms. DeRieux. |
| 10:54 AM | *Voir dire* on behalf of Defendant by Ms. Truelove. |
| 11:22 AM | Bench conference with counsel. |
| 11:24 AM | Bench conference completed. |
| 11:24 AM | Court instructions provided to Jury Pool.  Court requested specific juror(s) to remain in courtroom while remainder of jurors recessed. |
| 11:27 AM | Remainder of jurors recessed. |
| 11:28 AM | Counsel approached bench. |

| TIME | MINUTE ENTRY |
|------|--------------|
| 11:28 AM | Strike conference began with specifically named juror(s). |
| 11:43 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:43 AM | Recess. |
| 12:08 PM | Court reconvened. |
| 12:08 PM | Instructions given by the Court.  Jurors selected. |
| 12:11 PM | Jurors sworn.  Additional instructions given by the Court.  Remainder of Jury Pool excused. |
| 12:15 PM | Additional instructions given by the Court. |
| 12:36 PM | Jury recessed for lunch. |
| 12:37 PM | Court addressed the filing of Dkt. No. 283 and Order denying same. |
| 12:39 PM | Mr. Baxter presented show cause explanation on behalf of Defendant. |
| 12:55 PM | Mr. Meckes provided a response on behalf of Plaintiff. |
| 12:58 PM | Court made sanction rulings as set forth in the record. |
| 01:00 PM | Recess. |
| 01:27 PM | Court reconvened. |
| 01:28 PM | Jury returned to courtroom. |
| 01:29 PM | Court gave preliminary instructions to Jury. |
| 02:08 PM | Notebooks provided to Jury. |
| 02:09 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:13 PM | Plaintiff's opening statement by Mr. Meckes. |
| 02:37 PM | Defendant's opening statement by Mr. Baxter. |
| 03:06 PM | Opening statements concluded. |
| 03:06 PM | Bench conference. |
| 03:08 PM | Bench conference concluded. |
| 03:08 PM | Rule invoked, excluding expert witnesses. |
| 03:09 PM | Hy-Ko's case-in-chief: |
| 03:09 PM | Witness sworn.  Direct examination of Mr. William Mutch by Mr. Elkins. |
| 03:40 PM | Jury recessed for break. |
| 03:41 PM | Recess. |
| 04:21 PM | Court reconvened. |
| 04:22 PM | Jury returned to courtroom. |
| 04:22 PM | Continuation direct examination of Mr. William Mutch by Mr. Elkins. |
| 04:43 PM | Bench conference. |
| 04:44 PM | Bench conference concluded. |
| 04:44 PM | Continuation direct examination of Mr. William Mutch by Mr. Elkins. |
| 04:49 PM | Bench conference. |
| 04:56 PM | Bench conference concluded. |
| 04:56 PM | Continuation direct examination of Mr. William Mutch by Mr. Elkins. |
| 05:26 PM | Bench conference. |
| 05:27 PM | Bench conference concluded. |
| 05:27 PM | Cross examination of Mr. William Mutch by Mr. Lelutiu. |
| 05:42 PM | Bench conference. |
| 05:42 PM | Bench conference concluded. |
| 05:42 PM | Continuation cross examination of Mr. William Mutch by Mr. Lelutiu. |
| 06:12 PM | Redirect examination of Mr. William Mutch by Mr. Elkins. |

| TIME | MINUTE ENTRY |
|---|---|
| 06:16 PM | Completion of testimony of Mr. William Mutch. |
| 06:18 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:20 PM | Court reminded the parties to utilize their meet and confer efforts re: overnight disputes. |
| 06:23 PM | Court adjourned. |