**EXHIBIT C TO JOINT PRE-TRIAL ORDER**
**Plaintiff and Counterclaim Defendant Hy-Ko Products, LLC's Trial Exhibits**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HILLMAN GROUP, INC.,<br><br>Defendant. | **PLAINTIFF HY-KO PRODUCTS COMPANY, LLC'S TENTH AMENDED TRIAL EXHIBIT LIST**<br><br>Case Number:  2:21-cv-0197-JRG<br><br>JURY TRIAL DEMANDED |

| Presiding Judge<br>**Hon. Rodney Gilstrap** | Plaintiff's Lead Attorney<br>**David S. Elkins** | Court Reporter<br>**Shawn McRoberts** |
|---|---|---|
| Trial Date<br>**10/3/2022** | Defendant's Lead Attorney<br>**Jennifer L. Truelove** | Court Deputy<br>**Kecia Cledening** |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0001 | | | | | U.S. Patent No. 9,656,332 and Certificate of Correction | | | X |
| PTX-0003 | | | | | U.S. Patent No. 9,687,920 | | | X |
| PTX-0004 | | | | | U.S. Patent No. 10,421,133 | | | X |
| PTX-0018 | | | | 4/8/2011 | E-mail from G. Heredia regarding key off chain problem; G. Heredia Dep. Ex. 9; J. White Dep. Ex. 4; S. Basham Dep. Ex. 10 | HILLMAN-000005700 | HILLMAN-000005703 | X |
| PTX-0019 | | | | 5/13/2011 | E-mail from P. Jurczak regarding Blade only key ID; G. Heredia Dep. Ex. 10; J. White Dep. Ex. 5; S. Basham Dep. Ex. 11 | HILLMAN-000005707 | HILLMAN-000005708 | X |
| PTX-0020 | | | | 5/26/2011 | E-mail from G. Heredia to C. Church and R. Hillman regarding P4 Enhancement Options;  J. White Dep. Ex. 6; G. Heredia Dep. Ex. 11 | HILLMAN-000005712 | HILLMAN-000005714 | X |
| PTX-0021 | | | | 7/3/2011 | E-mail from S. Basham to G. Heredia regariding Walmart notes; G. Heredia Dep. Ex. 12 | HILLMAN-000005716 | HILLMAN-000005717 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0022 | | | | 3/16/2012 | E-mail from S. Basham regarding snapshot of Blade Only ID System; S. Basham Dep. Ex. 12; G. Heredia Dep. Ex. 14 | HILLMAN-000005729 | HILLMAN-000005729 | X |
| PTX-0023 | | | | | Hillman PKOR Key Duplication System User Guide | HILLMAN-000005778 | HILLMAN-000005808 | X |
| PTX-0025 | | | | 7/7/2016 | P4 / PKOR Laser Key Machine Service & Technical Guide; G. Heredia Dep. Ex. 8 | HILLMAN-000005817 | HILLMAN-000005908 | X |
| PTX-0026 | | | | 7/2/2020 | Complete Keykrafter Service Guide PDF | HILLMAN-000005930 | HILLMAN-000006035 | X |
| PTX-0029 | | | | | Hillman Axxess Video; J. White Dep. Ex. 2 | HILLMAN-000009168 | HILLMAN-000009168 | X |
| PTX-0030 | | | | | Hillman Laser Key Tutorial Video | HILLMAN-000009173 | HILLMAN-000009173 | X |
| PTX-0031 | | | | | Hillman Laser Key Identifying a Kay Tutorial Video | HILLMAN-000009174 | HILLMAN-000009174 | X |
| PTX-0034 | | | | 11/8/2021 | Keykrafter User Guide Associate Unit with Key Identifier PDF | HILLMAN-000011406 | HILLMAN-000011436 | X |
| PTX-0035 | | | | 11/10/2021 | KeyKrafter Master Store List.xlsx | HILLMAN-000011519 | HILLMAN-000011519 | X |
| PTX-0036 | | | | | 2018 KeyKrafter Placement Agreement.doc | HILLMAN-000011520 | HILLMAN-000011520 | X |
| PTX-0037 | | | | | Screenshot of Hillman SolidWorks Drawing; Basham Dep. Ex. 31 | HILLMAN-000012500 | HILLMAN-000012500 | X |
| PTX-0037-A | | | | | CAD file HILLMAN-000012500.sldasm | HILLMAN-000012500 | HILLMAN-000012500 | X |
| PTX-0038 | | | | | Screenshot of Hillman SolidWorks Drawing; Basham Dep. Ex. 29 | HILLMAN-000013155 | HILLMAN-000013155 | X |
| PTX-038-A | | | | | CAD file_HILLMAN-000013155.sldasm | HILLMAN-000013155 | HILLMAN-000013155 | X |
| PTX-0039 | | | | | Screenshot of SolidWorks Assembly (26031-01.SLDASM) | HILLMAN-000013497 | HILLMAN-000013497 | X |
| PTX-0039-A | | | | | CAD file HILLMAN-000013497.sldasm | HILLMAN-000013497 | HILLMAN-000013497 | X |
| PTX-0040 | | | | | Screenshot of Hillman SolidWorks Drawing;  J. White Dep. Ex. 9; S. Basham Dep. Ex. 27; G. Heredia Dep. Ex. 16 | HILLMAN-000014112 | HILLMAN-000014112 | X |
| PTX-0040-A | | | | | CAD file HILLMAN-000014112.sldasm | HILLMAN-000014112 | HILLMAN-000014112 | X |
| PTX-0040-B | | | | | HILLMAN-000014112 CAD collection | | | X |
| PTX-0041 | | | | | Screenshot of Hillman SolidWorks Drawing; Basham Dep. Ex. 30 | HILLMAN-000014185 | HILLMAN-000014185 | X |
| PTX-041-A | | | | | CAD file HILLMAN-000014185.sldasm | HILLMAN-000014185 | HILLMAN-000014185 | X |
| PTX-0046 | | | | | 2018 Smartbox Placement Agreement.doc | HILLMAN-000016509 | HILLMAN-000016509 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0054 | | | | | Hillman Tempe; AZ Presentation Powerpoint slides; T. Spangler Dep. Ex. 10 | HILLMAN-000018307 | HILLMAN-000018311 | X |
| PTX-0055 | | | | 3/14/2017 | 2017 Ace Business Summary Powerpoint | HILLMAN-000018312 | HILLMAN-000018315 | X |
| PTX-0066 | | | | | Ace 2017 Resource Deployment Review Powerpoint Slides | HILLMAN-000018816 | HILLMAN-000018836 | X |
| PTX-0075 | | | | 4/20/2017 | Automotive Security Key Coverage spreadsheet; B. Hillman Dep. Ex. 8 | HILLMAN-000021996 | HILLMAN-000021996 | X |
| PTX-0076 | | | | | Best Selling Cars by Year; R. Popkey Dep. Ex. 20 | HILLMAN-000021997 | HILLMAN-000021997 | X |
| PTX-0077 | | | | 6/30/2016 | Hillman Lowes Keys and Accessories PLR Powerpoint slides; T. Spangler Dep. Ex. 7 | HILLMAN-000022216 | HILLMAN-000022333 | X |
| PTX-0079 | | | | 10/5/2016 | Ace Hillman Key & Key Accessories 2016 PLR Powerpoint Slides | HILLMAN-000022433 | HILLMAN-000022528 | X |
| PTX-0080 | | | | 11/17/2016 | Ace Hillman Key &amp; Key Accessories Why Hillman? Powerpoint Slides | HILLMAN-000022764 | HILLMAN-000022783 | X |
| PTX-0083 | | | | 5/22/2017 | Key & Key Accessories PLR Presented to Ace Hardware - Strategic Marketing Proposal | HILLMAN-000022950 | HILLMAN-000022978 | X |
| PTX-0084 | | | | 7/28/2017 | Ace Hardware Keys; Key Accessories; and Auto Security Letter of Understanding;  G. Seeds Dep. Ex. 11 | HILLMAN-000023059 | HILLMAN-000023060 | X |
| PTX-0088 | | | | 11/7/2017 | 2017 KeyKrafter Placement Agreement - First 350 Stores.doc | HILLMAN-000023205 | HILLMAN-000023206 | X |
| PTX-0089 | | | | 11/7/2017 | 2017 Smartbox Placement Agreement - First 350 Stores.doc | HILLMAN-000023207 | HILLMAN-000023208 | X |
| PTX-0092 | | | | 3/28/2018 | Ace Hardware Keys; Key Accessories; and Auto Security Letter of Understanding;  G. Seeds Dep. Ex. 12 | HILLMAN-000023566 | HILLMAN-000023567 | X |
| PTX-0095 | | | | 10/10/2018 | ACE Sales by Store - Keys and Fasteners Jan '17 - Sept '18.xlsx | HILLMAN-000023855 | HILLMAN-000023855 | X |
| PTX-0099 | | | | 1/20/2017 | 2016 Hillman Smartbox Agreement | HILLMAN-000025611 | HILLMAN-000025611 | X |
| PTX-0100 | | | | 4/9/2018 | Letter Agreement Between Ace and Hillman regarding purchase of Hillman products;  G. Seeds Dep. Ex. 13 | HILLMAN-000025717 | HILLMAN-000025718 | X |
| PTX-0101 | | | | | Orchard Supply Store Visits 1/19/2016-1/21/2016 Power Point; G. Seeds Dep. Ex. 16/White Dep. Ex. 22 | HILLMAN-000025727 | HILLMAN-000025772 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0106 | | | | 3/27/2018 | KeyKrafter Training Manual - Rev.aspx | HILLMAN-000026387 | HILLMAN-000026406 | X |
| PTX-0110 | | | | 9/27/2016 | Lighting Strike; Duracell and Hillman Master Supply Agreement; G. Seeds Dep. Ex. 9 | HILLMAN-000027244 | HILLMAN-000027262 | X |
| PTX-0111 | | | | 1/1/2021 | AKG and Hillman Master Supply Agreement; G. Seeds Dep. Ex. 10 | HILLMAN-000027263 | HILLMAN-000027283 | X |
| PTX-0122 | | | | 1/3/2022 | KeyKrafter; KOR; P4 part number Excel sheet; J. White Dep. Ex. 8 | HILLMAN-000029548 | HILLMAN-000029548 | X |
| PTX-0129 | | | | 4/9/2011 | Draft Walmart Keyworks by Hillman Presentation for Team Conference Call Review | HILLMAN-000031826 | HILLMAN-000031856 | X |
| PTX-0130 | | | | | Total Keykrafter Lease Revenue spreadsheet; G. Seeds Dep. Ex. 27 | HILLMAN-000031857 | HILLMAN-000031857 | X |
| PTX-0132 | | | | | Asset Locations Excel Sheet; G. Seeds Dep.Ex. 24 | HILLMAN-000032133 | HILLMAN-000032133 | X |
| PTX-0133 | | | | | Sales by Customers and Store spreadsheet; G. Seeds Dep. Ex. 25 | HILLMAN-000032134 | HILLMAN-000032134 | X |
| PTX-0135 | | | | 9/3/2014 | E-mail from E. Kaehr to S. Basham regarding Ordering PKOR machines for beta testing | HILLMAN-000032974 | HILLMAN-000032974 | X |
| PTX-0136 | | | | 10/13/2014 | E-mail from M. Hicks to S. Basham regarding PKOR PRODUCTION STAGE GATE SLIDES | HILLMAN-000035097 | HILLMAN-000035098 | X |
| PTX-0137 | | | | 10/13/2014 | PKOR Beta Release Stage Gate; J. White Dep. Ex. 7; S. Basham Dep. Ex. 14; attachment to HILLMAN-000035097 | HILLMAN-000035099 | HILLMAN-000035112 | X |
| PTX-0138 | | | | | E-mail  from M. Hicks regarding PKOR GATE 5 SIGN-OFF MEETING | HILLMAN-000035182 | HILLMAN-000035182 | X |
| PTX-0139 | | | | 10/24/2014 | PKOR Production Stage Gate 102314.pptx; attachment to HILLMAN-000035182 | HILLMAN-000035183 | HILLMAN-000035194 | X |
| PTX-0140 | | | | 11/3/2014 | E-mail from M. Hicks regarding PKOR POST STAGE GATE FOLLOW UP; | HILLMAN-000035249 | HILLMAN-000035250 | X |
| PTX-0141 | | | | 11/3/2014 | PKOR Production Stage Gate 102314.pptx; attachment to HILLMAN-000035249 | HILLMAN-000035251 | HILLMAN-000035262 | X |
| PTX-0144 | | | | 6/3/2015 | E-mail  from C. Church regarding PKOR; Basham Dep. Ex. 18 | HILLMAN-000039364 | HILLMAN-000039365 | X |
| PTX-0145 | | | | 8/4/2015 | E-mail from M. Hicks to S. Basham regarding PKOR | HILLMAN-000039818 | HILLMAN-000039819 | X |
| PTX-0146 | | | | 10/21/2015 | E-mail from B. Miller regarding UWS #3292 Manhattan PKOR Machine | HILLMAN-000040189 | HILLMAN-000040190 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0148 | | | | 11/10/2015 | ES PKOR Ships Oct 2014 - Oct 2015.xlsx; attachment to HILLMAN-000040340 | HILLMAN-000040344 | HILLMAN-000040344 | X |
| PTX-0149 | | | | 11/30/2015 | Tempe KeyKrafter Test Procedure; Basham Dep. Ex. 22 | HILLMAN-000040808 | HILLMAN-000040827 | X |
| PTX-0151 | | | | | KeyKrafter Actions List Excel Sheet; S. Basham Dep. Ex. 9 | HILLMAN-000041221 | HILLMAN-000041221 | X |
| PTX-0152 | | | | 7/21/2016 | E-mail  from E. Holmberg regarding KeyKrafter Beta Units Update | HILLMAN-000042477 | HILLMAN-000042477 | X |
| PTX-0153 | | | | 7/21/2016 | KeyKrafter Weekly Performance Update Powerpoint | HILLMAN-000042478 | HILLMAN-000042482 | X |
| PTX-0154 | | | | 9/16/2016 | E-mail and attachment from J. White to S. Basham regarding Project Inside Out 9/16/2016 | HILLMAN-000042666 | HILLMAN-000042666 | X |
| PTX-0155 | | | | 9/16/2016 | KeyKrafter Weekly Performance Update Powerpoint | HILLMAN-000042667 | HILLMAN-000042676 | X |
| PTX-0157 | | | | 7/31/2017 | YTD Chain Location Report 2017.xlsx | HILLMAN-000045740 | HILLMAN-000045740 | X |
| PTX-0158 | | | | 5/29/2019 | YTD Chain Location Report.xlsx | HILLMAN-000062086 | HILLMAN-000062086 | X |
| PTX-0159 | | | | 11/20/2019 | E-mail from S. Basham to J. Campbell regarding P4 support;  S. Basham Dep. Ex. 37 | HILLMAN-000094801 | HILLMAN-000094803 | X |
| PTX-0164 | | | | 2/20/2015 | E-mail from E. Kaehr regarding P4/PKOR Software Update;  R. Fagundo Dep. Ex. 19; S. Basham Dep. Ex. 34; G. Seeds Dep. Ex. 2 | HILLMAN-000100952 | HILLMAN-000100953 | X |
| PTX-0165 | | | | 2/20/2015 | E-mail from E. Kaehr regarding P4/PKOR Software Update; Basham Dep. Ex. 17 | HILLMAN-000100957 | HILLMAN-000100957 | X |
| PTX-0167 | | | | 7/11/2016 | E-mail  from J. Mazek regarding Ace Key and Key Accessory Line Review Invitation | HILLMAN-000103903 | HILLMAN-000103903 | X |
| PTX-0168 | | | | 7/11/2016 | 2016 Keys Review Letter.doc; attachment to HILLMAN-000103903 | HILLMAN-000103904 | HILLMAN-000103906 | X |
| PTX-0170 | | | | 7/26/2016 | E-mail from M. Peterman to L. Williams regarding field survey; M. Peterman Dep. Ex. 4 | HILLMAN-000104283 | HILLMAN-000104287 | X |
| PTX-0171 | | | | 11/19/2016 | E-mail from R. Popkey regarding Side-by-Side coverage comparison from Popkey; R. Popkey Dep. Ex. 7 | HILLMAN-000105329 | HILLMAN-000105332 | X |
| PTX-0172 | | | | 11/20/2016 | E-mail from R. Popkey regarding Total Vehicle Coverage Comparison Data;  R. Popkey Dep. Ex. 8 | HILLMAN-000105337 | HILLMAN-000105337 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---------|--------------|--------|----------|------|-------------|-----------|-----------|--------------|
| PTX-0173 | | | | 11/20/2016 | Total Vehicle Coverage Comparison Data Chart; attachment to HILLMAN-000105337; R. Popkey Dep. Ex. 9 | HILLMAN-000105338 | HILLMAN-000105523 | X |
| PTX-0174 | | | | 11/20/2016 | Total Vehicle Coverage Comparison Data Chart; attachment to HILLMAN-000105337; R. Popkey Dep. Ex. 10 | HILLMAN-000105525 | HILLMAN-000105543 | X |
| PTX-0175 | | | | 11/20/2016 | Smartbox Programming Coverage; attachment to HILLMAN-000105337; R. Popkey Dep. Ex. 11 | HILLMAN-000105544 | HILLMAN-000105544 | X |
| PTX-0176 | | | | 11/21/2016 | Hillman Ace Hardware Investment Analysis Excel sheet; J. White Dep. Ex. 16 | HILLMAN-000105549 | HILLMAN-000105549 | X |
| PTX-0179 | | | | 12/21/2016 | E-mail from T. Spangler regarding ACE Presentation for Board Members | HILLMAN-000106073 | HILLMAN-000106074 | X |
| PTX-0180 | | | | 12/21/2016 | Auto Program Comparison Chart PDF; attachment to HILLMAN-000106073 | HILLMAN-000106075 | HILLMAN-000106075 | X |
| PTX-0194 | | | | 3/16/2017 | E-mail from R. Popkey to G. Seeds regarding Auto Coverage Comparison | HILLMAN-000111176 | HILLMAN-000111176 | X |
| PTX-0198 | | | | 3/31/2017 | E-mail from B. Hillman regarding data available to compare Smart Box to C-3 | HILLMAN-000112039 | HILLMAN-000112039 | X |
| PTX-0199 | | | | 3/31/2017 | Total Vehicle Coverage Comparison Data.pdf; attachment to HILLMAN-000112039 | HILLMAN-000112040 | HILLMAN-000112225 | X |
| PTX-0200 | | | | 3/31/2017 | Data for Year Over Year Comarison.pdf; attachment to HILLMAN-000112039 | HILLMAN-000112227 | HILLMAN-000112245 | X |
| PTX-0201 | | | | 3/31/2017 | Summary Year Over Year Comarison.pdf; attachment to HILLMAN-000112039 | HILLMAN-000112246 | HILLMAN-000112246 | X |
| PTX-0209 | | | | 4/26/2017 | Clone Coverage Data Spreadsheet; B. Spires Dep. Ex. 20/B. Hillman Dep. Ex. 8 | HILLMAN-000113728 | HILLMAN-000113728 | X |
| PTX-0210 | | | | 5/4/2017 | Ace Hardware business case 3-28-17 updated product pricing.xlsx | HILLMAN-000114443 | HILLMAN-000114443 | X |
| PTX-0211 | | | | 5/12/2017 | E-mail from B. Hillman to G. Seeds regarding Key Retail Implementation | HILLMAN-000114524 | HILLMAN-000114525 | X |
| PTX-0213 | | | | 8/16/2017 | E-mail from M. Peterman regarding Ace Key Partnership Information; Peterman Dep. Ex. 14 | HILLMAN-000119223 | HILLMAN-000119229 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0215 | | | | 9/1/2017 | E-mail from B. Hillman to C. Brasic regarding comparison chart between Hillman; Hy-Ko and Ilco; B. Hillman Dep. Ex. 10 | HILLMAN-000120749 | HILLMAN-000120749 | X |
| PTX-0217 | | | | 9/7/2017 | E-mail from B. Hillman to C. Brasic regarding AutoX Claimed Coverage | HILLMAN-000121074 | HILLMAN-000121074 | X |
| PTX-0218 | | | | 9/7/2017 | AutoX Tool Vehicle Applications PDF; attachment to HILLMAN-000121074 | HILLMAN-000121075 | HILLMAN-000121079 | X |
| PTX-0229 | | | | 12/27/2017 | E-mail from B. Hillman to C. DeHart regarding Ace Regional Meeting Deck; M. Peterman Dep. Ex. 6 (also referenced in B. Hillman deposition) | HILLMAN-000128319 | HILLMAN-000128320 | X |
| PTX-0239 | | | | 2/19/2018 | E-mail and attachments from B. Hillman to B. Spires regarding Duracell competition | HILLMAN-000131150 | HILLMAN-000131153 | X |
| PTX-0243 | | | | 3/6/2018 | E-mail from T. Cuglietta to B. Hillman regarding Ace Group/VIP multi-store chains who buy from Ace RSC | HILLMAN-000131757 | HILLMAN-000131758 | X |
| PTX-0246 | | | | 4/26/2018 | E-mail from B. Hillman to B. Linn regarding Hillman Sales Team Town Hall Presentation | HILLMAN-000133416 | HILLMAN-000133416 | X |
| PTX-0247 | | | | 4/27/2018 | Ace Town Hall Presentation 4-27-2018.pdf; attachment to HILLMAN-000133416 | HILLMAN-000133417 | HILLMAN-000133442 | X |
| PTX-0249 | | | | 4/27/2018 | E-mail from R. Popkey to B. Hillman regarding Ace VIP Presentations | HILLMAN-000133540 | HILLMAN-000133540 | X |
| PTX-0251 | | | | 5/2/2018 | E-mail from R. Popkey to B. Hillman regarding Cloning tool and requirement for cell signal or attached to wifi | HILLMAN-000134113 | HILLMAN-000134114 | X |
| PTX-0252 | | | | 5/2/2018 | E-mail  from R. Popkey regarding Cloning Tool requiring cell signal or attached to wifi; R. Popkey Dep. Ex. 15 | HILLMAN-000134115 | HILLMAN-000134115 | X |
| PTX-0253 | | | | 5/2/2018 | Keyline Clonable Key Applications; attachment to HILLMAN-000134115; R. Popkey Dep. Ex. 16 | HILLMAN-000134116 | HILLMAN-000134125 | X |
| PTX-0255 | | | | 5/7/2018 | E-mail and attachments from R. Popkey regarding Keyline Cloneable Key Applications; B. Spires Dep. Ex. 14 (also referenced in B. Hillman deposition) | HILLMAN-000134538 | HILLMAN-000134538 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---------|-------------|--------|----------|------|-------------|-----------|-----------|--------------|
| PTX-0256 | | | | 5/7/2018 | Smartbox Programming ability by Make; Model; Year Excel sheet; B. Spires Dep. Ex. 15; R. Popkey Dep. Ex. 15; attachment to HILLMAN-000134538 | HILLMAN-000134539 | HILLMAN-000134539 | X |
| PTX-0257 | | | | 5/7/2018 | E-mail from B. Hillman regarding Ace Key Program - Multi-Store Concerns | HILLMAN-000134725 | HILLMAN-000134726 | X |
| PTX-0258 | | | | 5/24/2018 | E-mail from M. Cooper to B. Hillman regarding Ace/Hillman RM Presentation - Updated Deck & Presentation Line-up; | HILLMAN-000135556 | HILLMAN-000135557 | X |
| PTX-0263 | | | | 5/31/2018 | E-mail from Matt Cooper regarding Ace Field Team Alliances; C. DeHart Dep. Ex. 6 | HILLMAN-000136034 | HILLMAN-000136035 | X |
| PTX-0264 | | | | 5/31/2018 | Hillman TM by Store Listing.xls; attachment to HILLMAN-000136034 | HILLMAN-000136036 | HILLMAN-000136036 | X |
| PTX-0266 | | | | 6/11/2018 | E-mail  from B. Hillman regarding Know thy competition (deck) | HILLMAN-000136599 | HILLMAN-000136600 | X |
| PTX-0269 | | | | 6/21/2018 | E-mail from B. Hillman to C. Marshall regarding Ace Cincinnati Dealer Group Presentation | HILLMAN-000137051 | HILLMAN-000137051 | X |
| PTX-0270 | | | | 6/21/2018 | Ace Cincinnati Dealer Group Presentation.pptx; attachment to HILLMAN-000137051 | HILLMAN-000137052 | HILLMAN-000137062 | X |
| PTX-0271 | | | | 7/19/2018 | E-mail from B. Hillman to C. Marshall regarding Ace Multi-Store Key Presentation Costellos | HILLMAN-000138457 | HILLMAN-000138457 | X |
| PTX-0273 | | | | 7/25/2018 | E-mail from B. Hillman regarding Ace Multi-Store Key Presentation Frattallones | HILLMAN-000138644 | HILLMAN-000138644 | X |
| PTX-0281 | | | | 9/20/2018 | E-mail from J. Shambo regarding regarding official agenda for Retailer Group Meeting; | HILLMAN-000141032 | HILLMAN-000141033 | X |
| PTX-0282 | | | | 9/20/2018 | 2018 Nat. RGL Meeting Agenda 9.10.docx; attachment to HILLMAN-000141032 | HILLMAN-000141034 | HILLMAN-000141036 | X |
| PTX-0286 | | | | 9/20/2018 | Attachment to e-mail from B. Hillman regarding Ace - Duracell presentation next week attaching RGL template | HILLMAN-000141043 | HILLMAN-000141045 | X |
| PTX-0290 | | | | 9/25/2018 | E-mail from B. Hillman to R. Popkey re Ace Meeting and Duracell coverage; R. Popkey Dep. Ex. 19 | HILLMAN-000141338 | HILLMAN-000141339 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0291 | | | | 9/27/2018 | E-mail from R. Popkey regarding Duracell vs. Hy-Ko Top 10 vehicles by Year and coverage spreadsheet; Popkey Dep. Ex. 21 (also referenced in B. Spires deposition) | HILLMAN-000141691 | HILLMAN-000141691 | X |
| PTX-0292 | | | | 9/27/2018 | Best Selling Cars by Year Excel Sheet; R. Popkey Dep. Ex. 22 (also referenced in J. Klippel and M. Lonzo depositions) | HILLMAN-000141692 | HILLMAN-000141692 | X |
| PTX-0293 | | | | 9/27/2018 | E-mail from B. Hillman to J. Shambo regarding bottom 3 years including registered vehicles in top 10; B. Hillman Dep. Ex. 15 | HILLMAN-000141745 | HILLMAN-000141745 | X |
| PTX-0294 | | | | 9/27/2018 | Best Selling Cars by Year Spreadsheet; B. Hillman Dep. Ex. 16 (native); attachment to HILLMAN-000141745 | HILLMAN-000141746 | HILLMAN-000141746 | X |
| PTX-0296 | | | | 12/6/2018 | E-mail  from J. Shambo regarding Infographic Data | HILLMAN-000143907 | HILLMAN-000143907 | X |
| PTX-0297 | | | | 12/6/2018 | Cloning timeline.pptx; attachment to HILLMAN-000143907 | HILLMAN-000143908 | HILLMAN-000143910 | X |
| PTX-0298-A | | | | 12/6/2018 | Evolution of Keys spreadsheetR. Popkey Dep.Ex 3; attachment to HILLMAN-00144078 | HILLMAN-000144079 | HILLMAN-000144079 | X |
| PTX-0306 | | | | 4/30/2019 | E-mail and attachments from B. Hillman regarding Ace Regional Meeting Slides | HILLMAN-000148344 | HILLMAN-000148346 | X |
| PTX-0310 | | | | 9/15/2020 | E-mail from B. Hillman to M. Lonzo regarding Hillman Project Python | HILLMAN-000157272 | HILLMAN-000157274 | X |
| PTX-0312 | | | | 10/8/2020 | E-mail and attachments from B. Hillman to G. Seeds regarding Project Python Overview | HILLMAN-000158253 | HILLMAN-000158253 | X |
| PTX-0315 | | | | 2/12/2015 | E-mail  from B. Miller to E. Kaehr regarding Florida Walmart P4 program store visit notes; | HILLMAN-000166164 | HILLMAN-000166169 | X |
| PTX-0316 | | | | 7/16/2015 | E-mail from J. Campbell regarding KOR testing update | HILLMAN-000167261 | HILLMAN-000167264 | X |
| PTX-0317 | | | | 4/5/2016 | E-mail and attachments from E. Schirmann regarding Home Depot KeyKrafter Launch underway | HILLMAN-000168991 | HILLMAN-000168991 | X |
| PTX-0320 | | | | 4/5/2016 | KeyKrafter Features and Benefits.pdf; attachment to HILLMAN-000168991 | HILLMAN-000169077 | HILLMAN-000169078 | X |
| PTX-0321 | | | | 4/5/2016 | KeyKrafter Quick Start Guide.pd; attachment to HILLMAN-000168991 | HILLMAN-000169079 | HILLMAN-000169080 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0323 | | | | 4/5/2016 | Home Depot KeyKrafter Test Store List.xlsx; attachment to HILLMAN-000168991 | HILLMAN-000169082 | HILLMAN-000169082 | X |
| PTX-0326 | | | | 5/29/2020 | YTD Chain Location Report 2020.xlsx | HILLMAN-000191068 | HILLMAN-000191068 | X |
| PTX-0327 | | | | 9/17/2016 | E-mail from G. Gluchowski to G. Seeds regarding True Value Show Update; G. Seeds Dep. Ex. 3 | HILLMAN-000193618 | HILLMAN-000193619 | X |
| PTX-0328 | | | | 10/16/2016 | E-mail  from B. Hillman regarding Ace Hardware Project List | HILLMAN-000193638 | HILLMAN-000193639 | X |
| PTX-0340 | | | | 12/21/2017 | E-mail from G. Seeds to K. Becker regarding scheduling call | HILLMAN-000197522 | HILLMAN-000197522 | X |
| PTX-0341 | | | | 12/21/2017 | E-mail from G. Seeds  to himself regarding meeting notes following interview of Kevin Becker; G. Seeds Dep. Ex. 22 | HILLMAN-000197524 | HILLMAN-000197525 | X |
| PTX-0343 | | | | 2/19/2018 | E-mail from B. Linn to J. Shambo regarding Selling strategies - key retailers;  J. Shambo Dep. Ex. 16 | HILLMAN-000198212 | HILLMAN-000198212 | X |
| PTX-0350 | | | | 3/1/2017 | Presentation to Lowe's - Keys & Accessories HyKo Set Reviews | HILLMAN-000240509 | HILLMAN-000240516 | X |
| PTX-0352 | | | | 7/24/2015 | E-mail from J. White regarding PKOR Field Placements | HILLMAN-000244688 | HILLMAN-000244690 | X |
| PTX-0354 | | | | 3/7/2017 | E-mail   from J. White regarding study of Hy-Ko competition at Lowe's | HILLMAN-000253400 | HILLMAN-000253401 | X |
| PTX-0361 | | | | 8/3/2017 | Lowes - Duracell Program Coverage Comparison.xlsx | HILLMAN-000268608 | HILLMAN-000268608 | X |
| PTX-0364 | | | | 5/11/2016 | Business Segement Strategic Plan Keys; Security and Accessories Powerpoint slides | HILLMAN-000271301 | HILLMAN-000271314 | X |
| PTX-0366 | | | | 2/3/2022 | E-mail forwarded from Peterman to himself regarding ACE PLR PowerPoint 09-28-2016;  R. Popkey Dep. Ex. 28 | HILLMAN-000273507 | HILLMAN-000273510 | X |
| PTX-0367 | | | | 2/3/2022 | E-mail  from M. Peterman regarding Hillman Presentation for ACE and Duracell | HILLMAN-000273520 | HILLMAN-000273520 | X |
| PTX-0368 | | | | 2/3/2022 | Hillman Presentation for ACE; attachment to HILLMAN-000273520.pdf | HILLMAN-000273521 | HILLMAN-000273530 | X |
| PTX-0371 | | | | | Addendum to September 2001 Exclusive License Agreement Document | HILLMAN-000273564 | HILLMAN-000273569 | X |
| PTX-0372 | | | | | Hillman and Laser Key Amendment to Exclusive License Agreement Document | HILLMAN-000273570 | HILLMAN-000273574 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0373 | | | | | Sales by Customers and Store spreadsheet; G. Seeds Dep. Ex. 26 | HILLMAN-000273583 | HILLMAN-000273583 | X |
| PTX-0374 | | | | 12/11/2017 | E-mail from G. Seeds regarding Hy-Ko new patents; G. Seeds Dep. Ex. 20; T. Spangler Dep. Ex. 3 | HILLMAN-000273584 | HILLMAN-000273584 | X |
| PTX-0375 | | | | 11/6/2017 | E-mail from M. Schmidt attaching ATD Slides from 2017 Quarterly Meeting; T. Spangler Dep. Ex. 5; G. Gluchowski Dep. Ex. 10 | HILLMAN-000275196 | HILLMAN-000275196 | X |
| PTX-0376 | | | | 8/4/2020 | E-mail from G. Seeds regarding Hy-Ko Announcement and focusing on Ace store chains that still buy Hy-Ko keys;  R. Fagundo Dep. Ex. 9 | HILLMAN-000277661 | HILLMAN-000277664 | X |
| PTX-0378 | | | | 9/5/2020 | Hillman 2020 Confidential Information Presentation | HILLMAN-000292210 | HILLMAN-000292337 | X |
| PTX-0379 | | | | | Walmart Hillman D10 FY18 Keys and Accessories Presentation | HILLMAN-000293237 | HILLMAN-000293286 | X |
| PTX-0381 | | | | 11/21/2016 | E-mail and attachments from B. Hillman regarding Hillman/ACE proposal template;  B. Hillman Dep. Ex. 5 | HILLMAN-000293307 | HILLMAN-000293497 | X |
| PTX-0382 | | | | 11/21/2016 | Key Review VENDOR PROPOSALS - Hillman FINAL Excel Sheet | HILLMAN-000293310 | HILLMAN-000293310 | X |
| PTX-0383 | | | | 11/21/2016 | Key Make; Model and Year Spreadsheet; B. Hillman Dep. Ex. 6 | HILLMAN-000293498 | HILLMAN-000293516 | X |
| PTX-0388 | | | | 5/4/2018 | Orchard Supply Store Visits 1/19/2016-1/21/2016 Presentation; attachment to HILLMAN-000295632 | HILLMAN-000295633 | HILLMAN-000295678 | X |
| PTX-0401 | | | | 3/3/2017 | E-mail from R. Popkey to T. Spangler regarding Programmable keys | HILLMAN-000320443 | HILLMAN-000320444 | X |
| PTX-0415 | | | | 9/1/2017 | E-mail and attachments from B. Hillman regarding Duracell vs. Hyko OBD; Peterman Dep. Ex. 5 | HILLMAN-000323289 | HILLMAN-000323291 | X |
| PTX-0416 | | | | 9/1/2017 | E-mail from R. Popkey to B. Hillman regarding Duracell vs. Hyko OBD;  B. Hillman Dep. Ex. 9 | HILLMAN-000323304 | HILLMAN-000323307 | X |
| PTX-0455 | | | | 4/18/2018 | Gen-KID System Sell Sheet 061217.pdf; attachment to HILLMAN-000330784 | HILLMAN-000330826 | HILLMAN-000330827 | X |
| PTX-0456 | | | | 4/18/2018 | New AutoX Programmer PDF; attachment to HILLMAN-000330784 | HILLMAN-000330828 | HILLMAN-000330828 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0460 | | | | | E-mail from B. Hillman to R. Popkey regarding Ace VIP Presentations; Peterman Dep. Ex. 11 | HILLMAN-000332460 | HILLMAN-000332461 | X |
| PTX-0461 | | | | 5/2/2018 | E-mail from M. Cooper regarding Ace VIP Presentation and top-10 list of top selling vehicles dating back to 2010 | HILLMAN-000332978 | HILLMAN-000332980 | X |
| PTX-0462 | | | | 5/2/2018 | Top 10 vehicles by year and coverage.xlsx; attachment to HILLMAN-000332978 | HILLMAN-000332981 | HILLMAN-000332981 | X |
| PTX-0463 | | | | 5/2/2018 | E-mail from R. Popkey regarding ACE VIP Presentations;  R. Popkey Dep. Ex. 14 | HILLMAN-000332982 | HILLMAN-000332983 | X |
| PTX-0467 | | | | 5/4/2018 | E-mail from M. Peterman to B. Hillman regarding Key Machine information; Peterman Dep. Ex. 13 | HILLMAN-000333168 | HILLMAN-000333215 | X |
| PTX-0468 | | | | 5/7/2018 | E-mail and attachments from J. Klippel regarding Key Machine Info Powerpoint | HILLMAN-000333510 | HILLMAN-000333511 | X |
| PTX-0470 | | | | 5/7/2018 | E-mail from B. Hillman regarding New Numbers based on most recent stats up to 2018; R. Popkey Dep. Ex. 17 | HILLMAN-000333666 | HILLMAN-000333667 | X |
| PTX-0482 | | | | 7/15/2014 | E-mail and attachments from W. Meiers regarding NA sales quote; Basham Dep. Ex. 13 | HILLMAN-000357419 | HILLMAN-000357425 | X |
| PTX-0485 | | | | 10/2/2017 | 2017 Smartbox Placement Agreement - First 350 Stores.doc | HILLMAN-000399907 | HILLMAN-000399907 | X |
| PTX-0487 | | | | 11/6/2018 | E-mail from J. Shambo regarding Duracell creative | HILLMAN-000400929 | HILLMAN-000400932 | X |
| PTX-0495 | | | | 12/12/2017 | E-mail from G. Gluchowski to R. Kraft regarding potential transaction with Hy-Ko; G. Gluchowski Dep. Ex. 4 | HILLMAN-000431566 | HILLMAN-000431591 | X |
| PTX-0496 | | | | 12/17/2017 | E-mail from G. Gluchowski to K. Steen regarding value of ACE key business; G. Gluchowski Dep. Ex. 6 | HILLMAN-000431634 | HILLMAN-000431635 | X |
| PTX-0497 | | | | 1/3/2017 | E-mail and attachments from B. Hillman to Ace Hardware regarding Hillman & Ace - Key PLR Presentations | HILLMAN-000443091 | HILLMAN-000443091 | X |
| PTX-0500 | | | | 11/8/2016 | How Ace Wins 11-08-2016.pdf; attachment to HILLMAN-000443091 | HILLMAN-000443218 | HILLMAN-000443218 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0501 | | | | 11/23/2016 | Ace Key Equipment Financials 11-23-2016.xlsx; attachment to HILLMAN-000443091 | HILLMAN-000443219 | HILLMAN-000443219 | X |
| PTX-0503 | | | | 11/23/2016 | Vendor Quote by Keys Merch Class FD Hillman 11-23-2016.xlsx; attachment to HILLMAN-000443091 | HILLMAN-000443221 | HILLMAN-000443221 | X |
| PTX-0510 | | | | 12/11/2017 | E-mail from B. Hillman to C. DeHart regarding Hy-Kos Ace accounts; C. DeHart Dep. Ex.7 | HILLMAN-000444424 | HILLMAN-000444425 | X |
| PTX-0518 | | | | 3/1/2017 | E-mail and attachments from J. Leonard to D. Smercina; T. Spangler regarding presentations for CCMP; G. Gluchowski Dep. Ex. 1 | HILLMAN-000455349 | HILLMAN-000455359 | X |
| PTX-0519 | | | | | KeyKrafter Business Case Overview 2-24-2017.pdf; attachment to HILLMAN-000455349 | HILLMAN-000455356 | HILLMAN-000455359 | X |
| PTX-0527 | | | | 12/19/2018 | Keykrafter Cuts by Machine Excel Sheet | HILLMAN-000508446 | HILLMAN-000508446 | X |
| PTX-0528 | | | | | Hillman SolidWorks Assemblies; J. White Dep. Ex. 11 | HILLMAN-000512999 | HILLMAN-000512999 | X |
| PTX-0528-A | | | | | CAD file HILLMAN-000512999.sldasm | HILLMAN-000512999 | HILLMAN-000512999 | X |
| PTX-0528-B | | | | | HILLMAN-000512999 CAD collection | | | X |
| PTX-0531 | | | | | Key Cutting Machine moves including Axxess.xlsx | HILLMAN-000513342 | HILLMAN-000513342 | X |
| PTX-0532 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000001 | HKINSPECT-000000001 | X |
| PTX-0533 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000002 | HKINSPECT-000000002 | X |
| PTX-0534 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000003 | HKINSPECT-000000003 | X |
| PTX-0536 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000005 | HKINSPECT-000000005 | X |
| PTX-0537 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000006 | HKINSPECT-000000006 | X |
| PTX-0539 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000008 | HKINSPECT-000000008 | X |
| PTX-0540 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000010 | HKINSPECT-000000010 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0541 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000011 | HKINSPECT-000000011 | X |
| PTX-0542 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000012 | HKINSPECT-000000012 | X |
| PTX-0543 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000019 | HKINSPECT-000000019 | X |
| PTX-0544 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000026 | HKINSPECT-000000026 | X |
| PTX-0545 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000032 | HKINSPECT-000000032 | X |
| PTX-0546 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000035 | HKINSPECT-000000035 | X |
| PTX-0547 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000040 | HKINSPECT-000000040 | X |
| PTX-0549 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000047 | HKINSPECT-000000047 | X |
| PTX-0550 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000050 | HKINSPECT-000000050 | X |
| PTX-0552 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000056 | HKINSPECT-000000056 | X |
| PTX-0553 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000061 | HKINSPECT-000000061 | X |
| PTX-0554 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000063 | HKINSPECT-000000063 | X |
| PTX-0556 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000071 | HKINSPECT-000000071 | X |
| PTX-0559 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000109 | HKINSPECT-000000109 | X |
| PTX-0561 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000119 | HKINSPECT-000000119 | X |
| PTX-0562 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000120 | HKINSPECT-000000120 | X |
| PTX-0563 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000121 | HKINSPECT-000000121 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0564 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000122 | HKINSPECT-000000122 | X |
| PTX-0565 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000123 | HKINSPECT-000000123 | X |
| PTX-0567 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000156 | HKINSPECT-000000156 | X |
| PTX-0570 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000160 | HKINSPECT-000000160 | X |
| PTX-0572 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000162 | HKINSPECT-000000162 | X |
| PTX-0573 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000165 | HKINSPECT-000000165 | X |
| PTX-0574 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000167 | HKINSPECT-000000167 | X |
| PTX-0575 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000169 | HKINSPECT-000000169 | X |
| PTX-0576 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000170 | HKINSPECT-000000170 | X |
| PTX-0577 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000171 | HKINSPECT-000000171 | X |
| PTX-0580 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000190 | HKINSPECT-000000190 | X |
| PTX-0581 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000191 | HKINSPECT-000000191 | X |
| PTX-0583 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000194 | HKINSPECT-000000194 | X |
| PTX-0584 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000197 | HKINSPECT-000000197 | X |
| PTX-0586 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000201 | HKINSPECT-000000201 | X |
| PTX-0587 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000205 | HKINSPECT-000000205 | X |
| PTX-0588 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000207 | HKINSPECT-000000207 | X |
| PTX-0589 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000209 | HKINSPECT-000000209 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0590 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000210 | HKINSPECT-000000210 | X |
| PTX-0592 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000216 | HKINSPECT-000000216 | X |
| PTX-0593 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000217 | HKINSPECT-000000217 | X |
| PTX-0595 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000219 | HKINSPECT-000000219 | X |
| PTX-0597 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000252 | HKINSPECT-000000252 | X |
| PTX-0598 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000253 | HKINSPECT-000000253 | X |
| PTX-0599 | | | | 1/25/2022 | Video Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000254 | HKINSPECT-000000254 | X |
| PTX-0601 | | | | 1/25/2022 | Photograph Taken During Inspection of Accused Products on Jan. 25, 2022 | HKINSPECT-000000264 | HKINSPECT-000000264 | X |
| PTX-0612 | | | | 6/20/2017 | Texas 80 Bit Cloning-Precoding North American Application Chart | HY-KO00009780 | HY-KO00009781 | X |
| PTX-0617 | | | | 11/13/2017 | E-mail from M. Bass to Ace regarding false cloning statements | HY-KO00009933 | HY-KO00009934 | X |
| PTX-0618 | | | | 4/28/2017 | Ace Key and Key Accessory Update Powerpoint | HY-KO00012841 | HY-KO00012856 | X |
| PTX-0619 | | | | 10/17/2016 | FINAL ACE PLR Presentation - ACE and Hy-Ko 5 Year Strategic Plan 10.17.2016.pptx | HY-KO00012903 | HY-KO00013030 | X |
| PTX-0620 | | | | 1/13/2017 | Ace - Hy-Ko 2017 Key Review Implementation Strategy.pdf | HY-KO00013409 | HY-KO00013427 | X |
| PTX-0621 | | | | 1/6/2017 | Ace Key Program Action Plan 1.6.2017.pdf | HY-KO00013428 | HY-KO00013459 | X |
| PTX-0622 | | | | 10/17/2016 | Ace and Hy-Ko 2016 5 Year Strategic Plan Powerpoint Slides | HY-KO00013460 | HY-KO00013587 | X |
| PTX-0624 | | | | 3/29/2017 | Hy-Ko Ace 2017 The Key &amp; Key Accessory Market Trend Study Powerpoint Slides | HY-KO00014593 | HY-KO00014614 | X |
| PTX-0625 | | | | 4/21/2021 | 12-2019 Wal-Mart Customer Model.xlsx | HY-KO00014797 | HY-KO00014797 | X |
| PTX-0631 | | | | | Hy-Ko Patent Assignment Cover Sheet Change of Name | HY-KO00016235 | HY-KO00016239 | X |
| PTX-0632 | | | | 7/20/2020 | Hy-Ko Letter Agreement Regarding Asset Sale - signed & clean document | HY-KO00016240 | HY-KO00016644 | X |
| PTX-0633 | | | | 7/21/2020 | Patent Assignment Cover Sheet Nunc Pro Tunc assignment.pdf | HY-KO00016645 | HY-KO00016654 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---------|--------------|--------|----------|------|-------------|-----------|-----------|--------------|
| PTX-0634 | | | | 7/21/2020 | Patent Assignment Cover Sheet New Assignment.pdf | HY-KO00016655 | HY-KO00016674 | X |
| PTX-0635 | | | | 2/22/2021 | Assignment of 3rd party claims (Exec.) with Ex. A document | HY-KO00016675 | HY-KO00016689 | X |
| PTX-0640 | | | | 1/6/2018 | Hy-Ko 2017 Polk Analysis Summary.xlsx | HY-KO00016703 | HY-KO00016703 | X |
| PTX-0641 | | | | 7/21/2020 | Hy-Ko Assignment of IP document | HY-KO00016704 | HY-KO00016718 | X |
| PTX-0642 | | | | | Assignment of Patents made and entered into by and among M. Bass; R. Drake; C. Thompson; R. Ryai and Hy-Ko. | HY-KO00016730 | HY-KO00016758 | X |
| PTX-0643 | | | | 5/4/2021 | Petition to Correct Inventorship | HY-KO00016771 | HY-KO00016780 | X |
| PTX-0644 | | | | 5/20/2021 | Correspondence from USPTO regarding granting of petition to correct inventorship | HY-KO00016781 | HY-KO00016782 | X |
| PTX-0645 | | | | 7/11/2016 | ACE Ks KA Line Review Pricing Proposal Guideline.pdf | HY-KO00017507 | HY-KO00017509 | X |
| PTX-0649 | | | | 12/31/2019 | Hy-Ko Products Company Consolidated Financial Statements; dated 12/31/2019 | HY-KO00019255 | HY-KO00019263 | X |
| PTX-0650 | | | | | Hy-Ko 2018 Consolidated Financial Statements | HY-KO00019264 | HY-KO00019290 | X |
| PTX-0651 | | | | 12/31/2018 | Hy-Ko Products Company Consolidated Financial Statements; dated 12/31/2018 | HY-KO00019291 | HY-KO00019319 | X |
| PTX-0652 | | | | 12/31/2017 | Hy-Ko Products Company Consolidated Financial Statements; dated 12/31/2017 | HY-KO00019320 | HY-KO00019372 | X |
| PTX-0653 | | | | 12/31/2016 | Hy-Ko Products Company Consolidated Financial Statements; dated 12/31/2016 | HY-KO00019373 | HY-KO00019394 | X |
| PTX-0655 | | | | 12/31/2014 | Hy-Ko Products Company Consolidated Financial Statements; dated 12/31/2014 | HY-KO00019413 | HY-KO00019430 | X |
| PTX-0656 | | | | 12/31/2013 | Hy-Ko Products Company Consolidated Financial Statements; dated 12/31/2013 | HY-KO00019431 | HY-KO00019450 | X |
| PTX-0657 | | | | 12/31/2012 | Hy-Ko Products Company Consolidated Financial Statements; dated 12/31/2012 | HY-KO00019451 | HY-KO00019471 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0660 | | | | 12/15/2017 | E-mail and attachments from M. Keefe to G. Gluchowski regarding Project Squire Hillman disucssion; R. Fagundo Dep. Ex.13 (also referenced in G. Gluchowski deposition) | HY-KO00024604 | HY-KO00246061 | X |
| PTX-0666 | | | | 12/18/2017 | Hillman Confidential Edgepoint Discussion Material; attachment to HY-KO00034505 | HY-KO00034506 | HY-KO00034522 | X |
| PTX-0667 | | | | 7/21/2020 | Secured Party Asset Purchase Agreement - signed document | HY-KO00034523 | HY-KO00034715 | X |
| PTX-0668 | | | | 7/21/2020 | KeyBank and HKP Acquisition LLC Bill of Sale - signed document | HY-KO00034716 | HY-KO00034718 | X |
| PTX-0671 | | | | 7/21/2020 | Surrender Agreement and Assignment - signed document | HY-KO00039054 | HY-KO00039137 | X |
| PTX-0680 | | | | | KID Machine training video | HY-KO00051973 | HY-KO00051973 | X |
| PTX-0683 | | | | 2/16/2006 | Hy-Ko KID+ Development | HY-KO00052496 | HY-KO00052507 | X |
| PTX-0688 | | | | 2/16/2021 | KeyBank - Hy-Ko UCC Financing Termination Amendment.pdf | HY-KO00064714 | HY-KO00064727 | X |
| PTX-0689 | | | | 1/22/2020 | Hy-Ko Financial Report 2019 Excel Sheet | HY-KO00066350 | HY-KO00066350 | X |
| PTX-0690 | | | | 8/24/2020 | Hy-Ko Financial Report 2020 Excel Sheet | HY-KO00066463 | HY-KO00066463 | X |
| PTX-0691 | | | | 12/17/2020 | Hy-Ko Equipment Lease Tracker Master Excel Sheet | HY-KO00066541 | HY-KO00066541 | X |
| PTX-0699 | | | | 12/16/2021 | Category by Customer 2016.xlsx | HY-KO00080965 | HY-KO00080965 | X |
| PTX-0700 | | | | 12/18/2021 | Category by Customer 2017.xlsx | HY-KO00080966 | HY-KO00080966 | X |
| PTX-0701 | | | | 12/16/2021 | Category by Customer 2018.xlsx | HY-KO00080967 | HY-KO00080967 | X |
| PTX-0702 | | | | 12/15/2021 | Category by Customer 2019.xlsx | HY-KO00080968 | HY-KO00080968 | X |
| PTX-0703 | | | | 12/15/2021 | Category by Customer 2020.xlsx | HY-KO00080969 | HY-KO00080969 | X |
| PTX-0704 | | | | 12/16/2021 | Category by Customer 2021.xlsx | HY-KO00080970 | HY-KO00080970 | X |
| PTX-0707 | | | | 10/23/2020 | IP Development Costs.xlsx | HY-KO00088705 | HY-KO00088705 | X |
| PTX-0708 | | | | | U.S. Patent No. 7,891,919 | HY-KO00091168 | HY-KO00091204 | X |
| PTX-0709 | | | | | Email from M. Hillman to Officers Group regarding Lowes Minute Key Notes | HY-KO00105430 | HY-KO00105432 | X |
| PTX-0711 | | | | | Hy-Ko 2017 ACE The Key & Key Accessory Market Trend Study Powerpoint Slides | HY-KO00109414 | HY-KO00109435 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0715 | | | | 5/19/2011 | Notes on FastKey & Laser Key Production Plan | HY-KO00120882 | HY-KO00120885 | X |
| PTX-0726 | | | | 1/24/2022 | Hy-ko Key Logs Excel Sheet | HY-KO00138699 | HY-KO00138699 | X |
| PTX-0727 | | | | | 2012 Hy-Ko Walmart Returns Excel Sheet | HY-KO00138700 | HY-KO00138700 | X |
| PTX-0728 | | | | | 2013 Hy-Ko Walmart Returns Excel Sheet | HY-KO00138701 | HY-KO00138701 | X |
| PTX-0729 | | | | | 2014 Hy-Ko Walmart Returns Excel Sheet | HY-KO00138702 | HY-KO00138702 | X |
| PTX-0730 | | | | | 2015 Hy-Ko Walmart Returns Excel Sheet | HY-KO00138703 | HY-KO00138703 | X |
| PTX-0734 | | | | 12/15/2017 | E-mail and attachments from M. Keefe to G. Gluchowski regarding Confidential Information for Mondays Meeting with Edgepoint; R. Fagundo Dep. Ex. 13 | HY-KO00246044 | HY-KO00246061 | X |
| PTX-0740 | | | | | Hy-Ko coverage spreadsheet; Rudd Dep. Ex. 8 | HY-KO00255081 | HY-KO00255081 | X |
| PTX-0743 | | | | 3/1/2019 | 03/2019 Confidential Information Memo; attachment to HY-KO00267343; R. Fagundo Dep. Ex. 15 | HY-KO00267344 | HY-KO00267403 | X |
| PTX-0747 | | | | | Patent New Assignment Nunc Pro Assignment | HY-KO00295036 | HY-KO00295056 | X |
| PTX-0749 | | | | 5/30/2017 | E-mail from P. Spurrier to B. Mutch regarding Motorscan applications | HY-KO00301386 | HY-KO00301386 | X |
| PTX-0750 | | | | 5/30/2017 | Copy of Filtered Hy-Ko Coverage list v.1.0.1 rev.2.xlsx; attachment to HY-KO00301386 | HY-KO00301387 | HY-KO00301387 | X |
| PTX-0767 | | | | | 60761293 - Provisional Application File Wrapper | | | X |
| PTX-0770 | | | | | P4 / PKOR Laser Key Machine Service & Technical Guide; Exhibit 2 to Notice of Additional Attachments to Declaration of Radu A. Lelutiu filed with Hillman's Reply in Support of Its Motion for an Order Directing the Parties to Follow the Court's Model Order Focusing Patent Claims and Prior Art (ECF 52 filed under seal) | | | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0771 | | | | | KeyKrafter Service Guide, Exhibit 3 to Notice of Additional Attachments to Declaration of Radu A. Lelutiu filed with Hillman's Reply in Support of Its Motion for an Order Directing the Parties to Follow the Court's Model Order Focusing Patent Claims and Prior Art (ECF 52 filed under seal) | | | X |
| PTX-0772 | | | | | Final Version - Hy-Ko Tutorial Video | | | X |
| PTX-0933 | | | | | A KZA 200 machine, and a set of test keys | | | X |
| PTX-0937 | | | | 7/21/2016 | E-mail and attachment from T. Spangler to R. Popkey regarding list of coverage; T. Spangler Dep. Ex. 6 | AKG-000090 | AKG-000100 | X |
| PTX-0938 | | | | | U.S. Patent No. 9,656,332 (with U.S. Patent and Trademark Office certification dated June 15, 2021) | HY-KO00038970 | HY-KO00039011 | X |
| PTX-0940 | | | | | U.S. Patent No. 9,687,920 (with U.S. Patent and Trademark Office certification dated June 15, 2021) | HY-KO00039012 | HY-KO00039053 | X |
| PTX-0941 | | | | | U.S. Patent No. 10,421,133 (with U.S. Patent and Trademark Office certification dated September 24, 2019) | HY-KO00081070 | HY-KO00081112 | X |
| PTX-0942 | | | | 5/6/2005 | Key Scanner and Cutter – Development Plan and Status presentation | HY-KO00004963 | HY-KO00004995 | X |
| PTX-0949 | | | | 11/3/2016 | Lowe's Vendor Supply Chain Review presentation | HY-KO00064105 | HY-KO00064144 | X |
| PTX-0950 | | | | | Combined Assignment and Declaration of Patent Application for U.S. Patent No. 9,656,332 | HY-KO00006309 | HY-KO00006317 | X |
| PTX-0951 | | | | | Combined Assignment and Declaration of Patent Application for U.S. Patent No. 9,687,920 | HY-KO00008522 | HY-KO00008530 | X |
| PTX-0952 | | | | | Combined Assignment and Declaration of Patent Application for U.S. Patent No. 10,421,133 | HY-KO00009743 | HY-KO00009751 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0953 | | | | | Screenshots of Hillman Solidworks Drawing; S. Basham Dep. Ex. 28 | HILLMAN-000014355 | HILLMAN-000014355 | X |
| PTX-0953-A | | | | | CAD file HILLMAN-000014355.sldasm | HILLMAN-000014355 | HILLMAN-000014355 | X |
| PTX-0953-B | | | | | HILLMAN-000014355 CAD collection | | | X |
| PTX-0954 | | | | 9/12/2016 | U.S. Patent No. 9,656,332 - Assignment from Inventors to Old Hy-Ko (Download from USPTO database) | | | X |
| PTX-0955 | | | | 3/24/2021 | U.S. Patent No. 9,656,332 – Assignment from Old Hy-Ko to HKP Acquisition (Download from USPTO database) | | | X |
| PTX-0956 | | | | 3/24/2021 | U.S. Patent No. 9,656,332 – Name Change of HKP Acquisition to New Hy-Ko (Download from USPTO database) | | | X |
| PTX-0957 | | | | 3/24/2021 | U.S. Patent No. 9,656,332 – Nunc Pro Tunc Assignment (Download from USPTO database) | | | X |
| PTX-0958 | | | | 5/6/2022 | U.S. Patent No. 9,656,332 – Corrective Assignment from Old Hy-Ko to New Hy-Ko (Download from USPTO database) | | | X |
| PTX-0959 | | | | 9/12/2016 | U.S. Patent No. 9,687,920 – Assignment from Inventors to Old Hy-Ko (Download from USPTO database) | | | X |
| PTX-0960 | | | | 3/24/2021 | U.S. Patent No. 9,687,920 – Assignment from Old Hy-Ko to HKP Acquisition (Download from USPTO database) | | | X |
| PTX-0961 | | | | 3/24/2021 | U.S. Patent No. 9,687,920 – Name Change of HKP Acquisition to New Hy-Ko (Download from USPTO database) | | | X |
| PTX-0962 | | | | 3/24/2021 | U.S. Patent No. 9,687,920 – Nunc Pro Tunc Assignment (Download from USPTO database) | | | X |
| PTX-0963 | | | | 5/6/2022 | U.S. Patent No. 9,687,920 – Corrective Assignment from Old Hy-Ko to New Hy-Ko (Download from USPTO database) | | | X |
| PTX-0964 | | | | 9/12/2016 | U.S. Patent No. 10,421,133 – Assignment from Inventors to Old Hy-Ko (Download from USPTO database) | | | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PTX-0965 | | | | 3/24/2021 | U.S. Patent No. 10,421,133 – Assignment from Old Hy-Ko to HKP Acquisition (Download from USPTO database) | | | X |
| PTX-0966 | | | | 3/24/2021 | U.S. Patent No. 10,421,133 – Name Change of HKP Acquisition to New Hy-Ko (Download from USPTO database) | | | X |
| PTX-0967 | | | | 3/24/2021 | U.S. Patent No. 10,421,133 – Nunc Pro Tunc Assignment (Download from USPTO database) | | | X |
| PTX-0968 | | | | 5/6/2022 | U.S. Patent No. 10,421,133 – Corrective Assignment from Old Hy-Ko to New Hy-Ko (Download from USPTO database) | | | X |
| PTX-0969 | | | | | Consolidated document containing U.S. Patent No. 9,656,332 assignments downloaded from USPTO database | | | X |
| PTX-0970 | | | | | Consolidated document containing U.S. Patent No. 9,687,920 assignments downloaded from USPTO database | | | X |
| PTX-0971 | | | | | Consolidated document containing U.S. Patent No. 10,421,133 assignments downloaded from USPTO database | | | X |
| PTX-0972 | | | | | KeyKrafter User Guide Associate Unit with Key Identifier PDF | HILLMAN-000011437 | HILLMAN-000011467 | X |
| PTX-0974 | | | | | P4 Video | HILLMAN-00009166 | HILLMAN-00009166 | X |
| PTX-0983 | | | | | KID Machine Label with reference to patent listing website. | HY-KO00163494 | HY-KO00163494 | X |
| PTX-0986 | | | | 4/25/2019 | E-mail from C. Marshall to managers regarding April 2019 District Conference Call Agenda | HILLMAN-000211611 | HILLMAN-000211611 | X |
| PTX-0987 | | | | 4/26/2019 | April 2019 Conference Call Agenda; attachment to HILLMAN-000211611 | HILLMAN-000211612 | HILLMAN-000211613 | X |
| PTX-0988 | | | | | Hillman/Duracell vs. Hy-Ko presentation; attachment to HILLMAN-000211611 | HILLMAN-000211614 | HILLMAN-000211623 | X |
| PTX-0989 | | | | 4/29/2019 | E-mail from R. Pollard to StoreDirect2D regarding "Ace Stuff" | HILLMAN-000298815 | HILLMAN-000298815 | X |
| PTX-0990 | | | | | Hillman/Duracell vs. Hy-Ko presentation; attachment to HILLMAN-000298815 | HILLMAN-000298816 | HILLMAN-000298825 | X |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION | BEG BATES | END BATES | PRE-ADMITTED |
|---------|--------------|--------|----------|------|-------------|-----------|-----------|--------------|
| PTX-0991 | | | | 4/25/2019 | E-mail from C. Marshall to D. Smercina regarding Ace News Update Volume 3, Issue 4 | HILLMAN-000237454/. | HILLMAN-000237454 | X |
| PTX-0992 | | | | 4/26/2019 | Ace News Update Volume 3, Issue 4, attachment to HILLMAN-000237454 | HILLMAN-000237455 | HILLMAN-000237455 | X |
| PTX-0993 | | | | | Hillman/Duracell vs. Hy-Ko presentation; attachment to HILLMAN-000237454 | HILLMAN-000237456 | HILLMAN-000237465 | X |
| PTX-0997 | | | | 1/21/2021 | Assignment and Consulting Agreement between Hy-Ko Products Company LLC and Michael Bass | HY-KO00016135 | HY-KO00016172 | X |
| PTX-0999 | | | | 6/24/2013 | Information Disclosure Statement by Applicant for 13/925,379 (Burkett) | | | X |
| PTX-1000 | | | | 9/7/2016 | Orchard Supply Store Visits 1/9/16-1/21/16 presentaton | HILLMAN-000333512 | HILLMAN-000333557 | X |