# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY LLC | § |
| | § |
| v. | §   CIVIL ACTION NOS.  2:21-CV-00197-JRG |
| | § |
| THE HILLMAN GROUP INC. | § |

## MINUTES FOR JURY TRIAL DAY NO. 2
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 4, 2022

**OPEN:   08:28 AM**                                               **ADJOURN:   06:25 PM**

ATTORNEYS FOR PLAINTIFF:         See attached

ATTORNEYS FOR DEFENDANT:      See attached

LAW CLERKS:                              Harris Huguenard
                                         Patrick Clark
                                         Katie Albanese

COURT REPORTER:                     Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:31 AM | Mr. Elkins introduced the video deposition of Mr. Kevin Becker. |
| 09:20 AM | Video deposition of Mr. Kevin Becker concluded. |
| 09:20 AM | Bench conference. |
| 09:22 AM | Bench conference concluded. |
| 09:22 AM | Jury recessed for break. |
| 09:23 AM | Recess. |
| 09:53 AM | Court reconvened. |
| 09:54 AM | Jury returned to courtroom. |
| 09:54 AM | Mr. Elkins introduced the video deposition of Mr. Todd Spangler. |
| 10:10 AM | Video deposition of Mr. Todd Spangler concluded. |
| 10:11 AM | Witness sworn.  Direct examination of Mr. Michael Bass by Ms. DeRieux. |
| 10:26 AM | Bench conference. |
| 10:29 AM | Bench conference concluded. |
| 10:29 AM | Continuation direct examination of Mr. Michael Bass by Ms. DeRieux. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:33 AM | Court instructed jury to disregard portions of redacted exhibit. |
| 10:32 AM | Continuation direct examination of Mr. Michael Bass by Ms. DeRieux. |
| 10:55 AM | Cross examination of Mr. Michael Bass by Mr. Baxter. |
| 11:38 AM | Bench conference. |
| 11:45 AM | Bench conference concluded. |
| 11:46 AM | Completion of testimony of Mr. Michael Bass. |
| 11:47 AM | Mr. Elkins introduced the video deposition of Mr. Greg Gluchowski. |
| 12:05 PM | Video deposition of Mr. Greg Gluchowski concluded. |
| 12:06 PM | Jury recessed for lunch. |
| 12:07 PM | Recess. |
| 01:13 PM | Court reconvened. |
| 01:13 PM | Court addressed various disputes of the parties. Court addressed rulings made as set forth in the record. |
| 01:19 PM | On behalf of Defendant, Mr. Briody lodged objections on the record re: witness testimony, Andrew Carter, and tendered exhibits to the Court for the record which the Court accepted. |
| 01:25 PM | Court made rulings as set forth in the record. |
| 01:29 PM | Jury returned to courtroom. |
| 01:29 PM | Mr. Elkins introduced the video deposition of Mr. Randy Fagundo. |
| 02:06 PM | Video deposition of Mr. Randy Fagundo concluded. |
| 02:07 PM | Witness sworn. Direct examination of Dr. Wyatt Newman by Mr. Jaketic. |
| 02:19 PM | Bench conference. |
| 02:19 PM | Bench conference concluded. |
| 02:19 PM | Continuation direct examination of Dr. Wyatt Newman by Mr. Jaketic. |
| 02:49 PM | Jury recessed for break. |
| 02:50 PM | Recess. |
| 03:10 PM | Court reconvened. |
| 03:11 PM | Jury returned to courtroom. |
| 03:12 PM | Continuation direct examination of Dr. Wyatt Newman by Mr. Jaketic. |
| 03:13 PM | **Courtroom sealed.** |
| 03:14 PM | Continuation direct examination of Dr. Wyatt Newman by Mr. Jaketic. |
| 04:08 PM | Objection raised. |
| 04:09 PM | Jury returned to jury room. |
| 04:09 PM | Court heard objection argument outside presence of jury. |
| 04:14 PM | Court made rulings as set forth in the record. |
| 04:16 PM | Jury returned to courtroom. |
| 04:16 PM | Continuation direct examination of Dr. Wyatt Newman by Mr. Jaketic. |
| 04:55 PM | Bench conference. |
| 04:57 PM | Bench conference concluded. |
| 04:57 PM | Court provided explanation to Jury re: correct comparison. |
| 04:58 PM | Continuation direct examination of Dr. Wyatt Newman by Mr. Jaketic. |
| 05:15 PM | **Courtroom unsealed.** |
| 05:15 PM | Continuation direct examination of Dr. Wyatt Newman by Mr. Jaketic. |
| 05:28 PM | Bench conference. |
| 05:30 PM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:30 PM | Cross examination of Dr. Wyatt Newman by Mr. Schubert. |
| 06:12 PM | Bench conference. |
| 06:12 PM | Bench conference concluded. |
| 06:12 PM | Redirect examination of Dr. Wyatt Newman by Mr. Jaketic. |
| 06:21 PM | Completion of testimony of Dr. Wyatt Newman. |
| 06:22 PM | Jury recessed until 8:30 AM tomorrow. |
| 06:22 PM | Court instructed counsel to meet and confer and submit by 3:00 PM tomorrow by email to Court staff an updated jointly proposed final jury instructions and verdict form (in Word format). |
| 06:24 PM | Court reminded parties to continue with their meet and confer efforts re: overnight demonstrative disputes. |
| 06:25 PM | Court adjourned. |