# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HY-KO PRODUCTS COMPANY LLC | § |
| | § |
| v. | §   CIVIL ACTION NOS.  2:21-CV-00197-JRG |
| | § |
| THE HILLMAN GROUP INC. | § |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 5, 2022

**OPEN:**  08:28 AM                                                              **ADJOURN:**     06:18 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANT:       See attached

LAW CLERKS:                                        Harris Huguenard
                                                              Patrick Clark
                                                              Katie Albanese

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:32 AM | Witness sworn.  Direct examination of Mr. Andrew Carter by Mr. Elkins. |
| 09:31 AM | **Courtroom sealed.** |
| 09:31AM | Off the record. |
| 09:32 AM | On the record. |
| 09:32 AM | Continuation direct examination of Mr. Andrew Carter by Mr. Elkins. |
| 09:33 AM | **Courtroom unsealed.** |
| 09:34 AM | Continuation direct examination of Mr. Andrew Carter by Mr. Elkins. |
| 09:42 AM | Bench conference. |
| 09:44 AM | Bench conference concluded. |
| 09:44 AM | Off the record. |
| 09:46 AM | On the record. |
| 09:46 AM | **Courtroom sealed.** |
| 09:47 AM | Continuation direct examination of Mr. Andrew Carter by Mr. Elkins. |
| 09:55 AM | **Courtroom unsealed.** |

| TIME | MINUTE ENTRY |
|---|---|
| 09:55 AM | Continuation direct examination of Mr. Andrew Carter by Mr. Elkins. |
| 10:02 AM | **Courtroom sealed.** |
| 10:03 AM | Continuation direct examination of Mr. Andrew Carter by Mr. Elkins. |
| 10:12 AM | **Courtroom unsealed.** |
| 10:13 AM | Continuation direct examination of Mr. Andrew Carter by Mr. Elkins. |
| 10:14 AM | Jury recessed for break. |
| 10:16 AM | Recess. |
| 10:33 AM | Court reconvened. |
| 10:33 AM | Additional exhibits used prior day read into the record. |
| 10:35 AM | Jury returned to courtroom. |
| 10:36 AM | Cross examination of Mr. Andrew Carter by Mr. Briody. |
| 11:08 AM | Bench conference. |
| 11:08 AM | Bench conference concluded. |
| 11:08 AM | Continuation cross examination of Mr. Andrew Carter by Mr. Briody. |
| 11:21 AM | Bench conference. |
| 11:23 AM | Bench conference concluded. |
| 11:23 AM | Continuation cross examination of Mr. Andrew Carter by Mr. Briody. |
| 11:54 AM | Bench conference. |
| 11:54 AM | Bench conference concluded. |
| 11:54 AM | Continuation cross examination of Mr. Andrew Carter by Mr. Briody. |
| 12:05 PM | Redirect examination of Mr. Andrew Carter by Mr. Elkins. |
| 12:12 PM | Completion of testimony of Mr. Andrew Carter. |
| 12:13 PM | Jury recessed for lunch. |
| 12:14 PM | Recess. |
| 01:25 PM | Court reconvened. |
| 01:25 PM | Jury returned to courtroom. |
| 01:26 PM | Witness sworn. Direct examination of Mr. Steven DeVries by Mr. Auvil. |
| 01:41 PM | Cross examination of Mr. Steven DeVries by Ms. Truelove. |
| 02:01 PM | Redirect examination of Mr. Steven DeVries by Mr. Auvil. |
| 02:02 PM | Completion of testimony of Mr. Steven DeVries. |
| 02:03 PM | Hy-Ko rested its case-in-chief. |
| 02:03 PM | Hillman's case-in-chief: |
| 02:03 PM | Witness sworn. Direct examination of Mr. Brett Hillman by Ms. Truelove. |
| 02:26 PM | Bench conference. |
| 02:27 PM | Bench conference concluded. |
| 02:27 PM | Continuation direct examination of Mr. Brett Hillman by Ms. Truelove. |
| 02:32 PM | Jury recessed for break. |
| 02:32 PM | Recess. |
| 02:48 PM | Court reconvened. |
| 02:48 PM | Bench conference. |
| 02:50 PM | Bench conference concluded. |
| 02:50 PM | Jury returned to courtroom. |
| 02:51 PM | Continuation direct examination of Mr. Brett Hillman by Ms. Truelove. |
| 02:52 PM | Cross examination of Mr. Brett Hillman by Mr. Meckes. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:11 PM | Completion of testimony of Mr. Brett Hillman. |
| 03:11 PM | Witness sworn.  Direct examination of Mr. Jim White by Mr. Lelutiu. |
| 03:50 PM | Cross examination of Mr. Jim White by Mr. Meckes. |
| 04:10 PM | Redirect examination of Mr. Jim White by Mr. Lelutiu. |
| 04:12 PM | Recross examination of Mr. Jim White by Mr. Meckes. |
| 04:12 PM | Completion of testimony of Mr. Jim White. |
| 04:12 PM | Witness sworn.  Direct examination of Mr. George Heredia by Mr. Schubert. |
| 04:39 PM | Jury recessed for break. |
| 04:40 PM | Recess. |
| 04:50 PM | Court reconvened. |
| 04:50 PM | Jury returned to courtroom. |
| 04:51 PM | Continuation direct examination of Mr. George Heredia by Mr. Schubert. |
| 05:50 PM | Cross examination of Mr. George Heredia by Mr. Jaketic. |
| 05:56 PM | Bench conference. |
| 06:01 PM | Bench conference concluded. |
| 06:01 PM | Continuation cross examination of Mr. George Heredia by Mr. Jaketic. |
| 06:14 PM | Completion of testimony of Mr. George Heredia. |
| 06:15 PM | Jury recessed until 8:30 AM tomorrow. |
| 06:18 PM | Court reminded parties to continue with their meet and confer efforts re: overnight demonstrative disputes. |
| 06:18 PM | Court adjourned. |